UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2400
_____

GILBERT WRAITH,
　　　　　　　　　Appellant

v.

WAYFAIR, INC.; WAYFAIR LLC
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-20-cv-06054)
District Judge: Honorable Zahid N. Quraishi
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
September 6, 2024

Before: JORDAN, HARDIMAN, and PORTER, Circuit Judges
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted on September 6, 2024. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 12, 2023, be and the same is hereby AFFIRMED. All in accordance with the Opinion of this Court.

Costs shall be taxed against Appellant.

                                                                  ATTEST:

                                                                  s/ Patricia S. Dodszuweit
Dated:  September 11, 2024                         Clerk